attorney to lead the State's witness, and (4) the court erred in failing to grant defendant's motion for a mistrial. It suffices to say that we have carefully considered each of the contentions and find no merit in any of them. We hold that defendant received a fair trial free from prejudicial error.

No error.

Judges HEDRICK and MARTIN concur.

---

STATE OF NORTH CAROLINA v. FRANK WALLACE PUGH

No. 7512SC309

(Filed 2 July 1975)

APPEAL by defendant from *Hobgood, Judge.* Judgment entered 25 February 1975 in Superior Court, CUMBERLAND County. Heard in the Court of Appeals 17 June 1975.

Defendant was charged in a two-count indictment with possession with intent to sell and deliver heroin, and felonious sale and delivery of heroin, in violation of Schedule I of the Controlled Substances Act. He pleaded not guilty and was tried before a jury.

Albert Stout, Jr., testified that on 4 April 1974 he was working in Cumberland County as an undercover agent for the State Bureau of Investigation. On that day defendant sold Stout two foil packets later shown to contain heroin. Defendant denied knowing Stout or making the sale.

The jury found defendant guilty as charged. From judgment imposing a prison sentence, he appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General H. A. Cole, Jr., for the State.*

*Cherry and Grimes, by Sol G. Cherry, for defendant appellant.*

ARNOLD, Judge.

Defendant presents the record proper for review. We have carefully examined the record and in our opinion defendant has received a fair trial free from prejudicial error.

State v. Austin; State v. Williams

No error.

Chief Judge BROCK and Judge PARKER concur.

---

STATE OF NORTH CAROLINA v. JODIE V. AUSTIN

No. 7520SC321

(Filed 2 July 1975)

ON *certiorari* to review the trial before *Smith, Judge*. Judgment entered 20 August 1974 in Superior Court, UNION County. Heard in the Court of Appeals 18 June 1975.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Keith M. Stroud, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.

---

STATE OF NORTH CAROLINA v. PRESTON WILLIAMS

No. 754SC276

(Filed 2 July 1975)

ON *certiorari* to review defendant's trial before *Cohoon, Judge*. Judgment entered 13 August 1974 in Superior Court, ONSLOW County. Heard in the Court of Appeals 10 June 1975.

*Attorney General Edmisten by Assistant Attorney General George W. Boylan for the State.*

*Strickland and Gurganus by James R. Strickland for defendant appellant.*

BRITT, HEDRICK and MARTIN, Judges.

No error.